In re Dufrene, Betty; Barbier, Beatrice; Mahan, Geraldine; Matherne, Morris Jr.; Matherne, Charles; Beadle, Rosalie; Math-erne, Sandra; Matherne, Debra; Mahan, Gerald W.; Mahan, Gerald J. Barbier; Hogan, Irma; Hogan, Roy; Hogan, Louella; Hogan, Bobby; Hogan, Kenneth; Hogan, Albert; Hogan, Carroll; Hogan, Landry; Dufrene, Lena Hogan; Dufrene, Ella Hogan; Hogan, Jerry; Dufrene, Janice Cara Hogan; Savoie, Davis; Levron, Alta Sa-voie; Combs, Hazel Savoie; Hotter, Rena Savoie; Savoie, Edmond; Savoie, Nelson;— Plaintiff(s); applying for writ of certiorari and/or review; to the Court of Appeal, Fifth Circuit, No. 92-CA-0524; Parish of Jefferson, Twenty-Fourth Judicial District Court, Div. “F”, No. 242-723.
Denied.
DENNIS, J., not on panel.